# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of August, two thousand and sixteen.

Before: Denny Chin,
*Circuit Judge.*

---

In the Matter of: Motors Liquidation Company,

Debtor.

---

Celestine Elliott, Lawrence Elliott, Berenice Summerville,

Creditors - Appellants - Cross-Appellees,

Sesay and Bledsoe Plaintiffs, Ignition Switch Plaintiffs, Ignition Switch Pre-Closing Accident Plaintiffs, Doris Powledge Phillips,

Appellants-Cross-Appellees,

Groman Plaintiffs,

Appellants,

v.

General Motors LLC,

Appellee - Cross-Appellant,

Wilmington Trust Company,

Trustee - Appellee - Cross-Appellant,

Participating Unitholders,

Creditors - Appellees - Cross - Appellants.

---

**ORDER**

Docket Nos. 15-2844(L)
15-2847(XAP)
15-2848(XAP)

The Chamber of Commerce of the United States of America moves for leave to file an *amicus curiae* brief in support of the petition for rehearing or rehearing *en banc* filed by General Motors LLC.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court